**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YONATAN SALAMANCA-GONZALEZ,<br><br>Defendant. | ) | Cause No. 2:26-cr-90 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Yonatan Salamanca-Gonzalez's decision to plead guilty to Count 7 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 95, 110.] Following a hearing held on the record on September 14, 2026 [DE 110], Judge Martin found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Count 7 of the indictment. Judge Martin recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation

concerning Defendant Yonatan Salamanca-Gonzalez's plea of guilty, the Court hereby **ADOPTS** the findings and recommendation [DE 110] in their entirety.

Defendant, Yonatan Salamanca-Gonzalez, is adjudged **GUILTY** of Count 7 of the indictment. A sentencing hearing will be set by a separate order.

**SO ORDERED.**

ENTERED: October 13, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT